# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TODD L. HAMILTON                                        Case Number: 07-72133
        3107 SUMMERDALE AVENUE
        ROCKFORD, IL  61101                 SSN-xxx-xx-3332

                                                Case filed on:      9/6/2007
                                                Plan Confirmed on:  4/4/2008

                              D Dismissed

Total funds received and disbursed pursuant to the plan:  $610.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 559.38 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 559.38 | 0.00 |
| 999 | TODD L. HAMILTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 13,833.99 | 13,833.99 | 0.00 | 0.00 |
|  | Total Secured | 13,833.99 | 13,833.99 | 0.00 | 0.00 |
| 002 | AT & T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MIDWEST TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 300.00 | 300.00 | 0.00 | 0.00 |
| 007 | U.S. BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GE CONSUMER FINANCE | 2,100.00 | 2,100.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
|  | Grand Total: | 19,233.99 | 19,233.99 | 559.38 | 0.00 |

Total Paid Claimant:      $559.38
Trustee Allowance:        $50.62        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00         discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on  08/28/2008            By  /s/Heather M. Fagan